SEND cc: U.S.Probation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 01-633 GPS | Date June 26, 2006 |

Present: The Honorable **GEORGE P. SCHIAVELLI**, United States District Judge

Interpreter

| Krista Barrett | Rosalyn Adams | Peter Hernandez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ABDALLAH M. DAIS | X | X | | Darlene Ricker | X | | X |

**Proceedings:** STATUS CONFERENCE; REQUEST FOR NEW COUNSEL

Counsel and court confer out of the presence of the government. The request for new counsel is denied. The sentencing is continued to July 24, 2006 at 9:00 a.m.

: 15

Initials of Deputy Clerk

cc:

DOCKETED ON CM
JUN 28 2006
BY 082