ABDALLAH M. DAIS
Reg. No: 97782-012
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954

November 18, 2008



Honorable Dale S. Fischer,
Honorable George P. Schiavelli,
Judge, U.S. District Court
Central District of California
United States Courthouse
Los Angeles, California 90012

Re.: United States v. Abdallah Dais (CV 07-7813 DSF & CR-01-633 DSF)

Honorable Judge Fischer:

I write this to acknowledge the receipt of a copy of your order dated 10/22/08 (in chambers), which was incorrectly mailed to FCI Lorreto, PA. I request you to kindly direct the clerk to amend my mailing address as stated above.

Your Honor has granted me an extension of time to file a reply to government's response to my §2255 petition. Since I was not in receipt of the above order timely, due to incorrect address, I already mailed my reply memorandum to the Court on the previously scheduled deadline (i.e. on October 13, 2008). A copy of the memorandum was also mailed to AUSA Hernandez.

I request Your Honor to consider my previously filed reply as constituting my rebuttal arguments. I also request Your Honor to re-schedule the date for the hearing, which was previously set for October 27, 2008.

I thank Your Honor in advance and appriciate all the help in this matter.

Respectfully Submitted,

ABDALLAH M. DAIS
(Pro Se Petitioner)

cc.file